ORIGINAL

FILED

JUL 13 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR01 |
| | § | Judge Mazzant |
| KAIWEN LIANG (4) | § | |

## FACTUAL BASIS

The defendant, **KaiWen Liang**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1.      That the defendant, **KaiWen Liang**, who is changing his plea to guilty, is the same person charged in the Information.

2.      That the events described in the Information constitute a crime that was cognizable in the Eastern District of Texas and elsewhere.

3.      That a federal felony was committed by Edward Javier Catano Lopez, Feisheng Liang, Kanhua Wu, ~~Chunbei Wu~~, and others, to wit, knowingly and intentionally possessing with the intent to distribute a mixture or substance containing a detectable amount cocaine while on board a vessel subject to the jurisdiction of the United States.

4.      That **KaiWen Liang** had knowledge of the commission of the felony described in paragraph 3.

5.      That **KaiWen Liang** did an affirmative act to conceal the crime where he participated in jettisoning cocaine, trackers, and hiding other evidence after detection by

the United States Coast Guard, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Information and have discussed them with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _____6-25-18_____          X _____

KAIWEN LIANG
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.    I have read this Factual Basis and the Information and have reviewed them with my client.  Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: _____6-25-18_____          _____

CADOC ARTEMIO MENCHU
Attorney for the Defendant